ASSOCIATES, INC. v. MYERLY and EQUIPMENT CO. v. MYERLY

No. 149 PC.

Case below: 29 N.C. App. 85.

Petition for discretionary review under G.S. 7A-31 denied 1 June 1976. Appeal dismissed ex mero motu for lack of substantial constitutional question.

BANK v. POCOCK

No. 139 PC.

Case below: 29 N.C. App. 52.

Petition for discretionary review under G.S. 7A-31 denied 1 June 1976.

FREEWOOD ASSOCIATES v. BOARD OF ADJUSTMENT

No. 120 PC.

Case below: 28 N.C. App. 717.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 1 June 1976. Defendant's motion to dismiss appeal for lack of substantial constitutional question allowed 1 June 1976.

HOWARD v. HAMILTON and HOWARD v. FAIRLEY

No. 105 PC.

Case below: 28 N.C. App. 670.

Petition for discretionary review under G.S. 7A-31 denied 1 June 1976.

NASCO EQUIPMENT CO. v. MASON

No. 133 PC.

Case below: 29 N.C. App. 185.

Petition for discretionary review under G.S. 7A-31 allowed 1 June 1976.